HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROGER KEHEW,

        Plaintiff,

     v.

LAURA-JEAN FREMOUW,

        Defendant.

Case No. C04-5792 RBL

ORDER DENYING PLAINTIFF'S MOTION TO RECONSIDER

      This matter comes before the Court on Plaintiff Kehew's Letter/Motion to Reconsider [Dkt. #28] this Court's Order to Dismiss for Lack of Personal Jurisdiction [Dkt. #27]. The Court has considered the pleadings filed in support of and in opposition to the motions, and the remainder of the file herein.

      The moving party has a heavy burden when motioning for reconsideration. "Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." *Rule 7(h), Local Rules, W.D. Wash.*

      Kehew's motion does not demonstrate a manifest error, new facts, or a legal authority upon which to reconsider this Court's prior Order.

      Therefore, the Motion to Reconsider is **DENIED.** The Clerk is directed to send uncertified copies

ORDER
Page - 1

1 of this Order to both parties.

Dated this 13th day of May, 2005.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Page - 2